JS-6

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11    HOMER T. LEWIS,                          CASE NO. 2:16-cv-06571-CJC SK

12                    Plaintiff,

13           v.                                **JUDGMENT**

14    SERGEANT D. MEBANE, et al.,
                       Defendants.
15

16

17

18           Pursuant to the Order Granting Defendants' Unopposed Motion to

19    Dismiss, **IT IS ADJUDGED** that the complaint and this action are hereby

20    dismissed.

21

22

23    DATED: <u>January 24, 2019</u>        _____

24                                           HON. CORMAC J. CARNEY
                                             U.S. DISTRICT JUDGE
25

26

27

28